IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CASE NO:  2:19-mj-01885 |
| | : | |
| AJITH BHASKARAN | : | |

O R D E R

AND NOW,  on this            day of                      , 2019, upon the defendant's Motion
to Modify Conditions of Release, it is hereby ORDERED  that defendant Ajith Bhaskaran's
conditions of release are modified to reflect that he shall live at 1920 Frontage Road, Apt. 1412,
Cherry Hill, NJ  08034 as of December 30, 2019.

BY THE COURT:

_____
THE HONORABLE LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

IN UNITED STATES DISTRICT COURT
FOR THEEASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | |
| | : | |
| v. | : | CASE NO:  2:19-mj-01885 |
| | : | |
| AJITH BHASKARAN | : | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Ajith Bhaskaran, by and through his counsel, Caroline Goldner Cinquanto, Esquire, respectfully requests to modify the conditions of his pretrial release, and in support avers the following:

1.     On November 15, 2019, defendant Ajith Bhaskaran appeared before the Honorable Lynne A. Sitarski for an Initial Appearance/Pretrial Detention Hearing.

2.     At that time, as a condition of his pretrial release, Mr. Bhaskaran was ordered to reside at 305 Covered Bridge Road, Cherry Hill, New Jersey 08043 [Doc. No. 5].

3.     Mr. Bhaskaran respectfully requests permission to move to 1920 Frontage Road, Apartment 1412, Cherry Hill, New Jersey 08034 on December 30, 2019.

4.     Pretrial Services Officer Tara Sawicki does not object to this modification.

5.     AUSA Jason Bologna does not object to this modification.

WHEREFORE, Defendant, Ajith Bhaskaran, respectfully prays this Honorable Court grant this motion and allow defendant to relocate to 1920 Frontage Road, Apartment 1412, Cherry Hill, New Jersey 08034.

Respectfully submitted,

Caroline Goldner Cinquanto, Esquire
Caroline Goldner Cinquanto, Esquire

<u>CERTIFICATE OF SERVICE</u>

I, Caroline Goldner Cinquanto, Esquire, hereby certify that I have served a copy of

Defendant's Motion to Modify Conditions of Release for Ajith Bhaskaran, by electronic

notification upon:

AUSA Jason P. Bologna
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

<u>Caroline Goldner Cinquanto</u>
Caroline Goldner Cinquanto

DATE:   December 26, 2019