# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **MAGISTRATE NO. 19-1885** |
| : | |
| **AJITH BHASKARAN** : | |

## O R D E R

AND NOW, this 10th day of January, 2020, the Court finds that the defendant and the government are engaging in discussions which may affect the charge against the defendant and that the defendant does not oppose the government's motion for continuance. The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of thirty additional days, until February 12, 2020.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | MAGISTRATE NO. 19-1885 |
| | : | |
| AJITH BHASKARAN | : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(7)(A)

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Jason P. Bologna, Assistant United States Attorney, moves for a thirty-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion states as follows:

1. On November 8, 2019, a sealed Complaint was obtained by the United States Attorney's Office charging defendant Ajith Bhaskaran with a violation of Title 18, United States Code, Section 1343.

2. On November 14, 2019, the defendant was arrested and the complaint was unsealed. On that same day, the defendant made his initial appearance on the Complaint.

3. The Speedy Trial Act, 18 U.S.C. § 3161 et seq., requires that an Indictment or Information be filed within thirty days from the date on which the defendant made his initial appearance, in this case by December 14, 2019. 18 U.S.C. § 3161(b).

4. The government and the defendant are engaging in discussions to resolve this matter through a non-trial disposition.

5. Based on these discussions, on December 12, 2019, the government filed

1

an unopposed motion seeking a thirty-day continuance of the deadline to indict. Magistrate Judge Carol S. Wells granted that motion, setting January 13, 2020, as the new deadline to indict.

6.  Counsel for the defendant has represented that the defendant does not oppose the government's present motion for a thirty-day continuance.

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of thirty days of the time within which to file an Indictment or Information in this case, that is, until February 12, 2020.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney

Jason P. Bologna
Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Government's Unopposed Motion for Continuance Pursuant to Title 18, United States Code, Section 3161(h)(7)(A) has been served by e-mail upon the following:

> Caroline Cinquanto, Esq.
> Counsel for Ajith Bhaskaran

> Jason P. Bologna
> Assistant United States Attorney

DATED: January 10, 2020