

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Jason P. Bologna*
*Direct Dial: (215) 861-8499*
*Facsimile: (215) 861- 8618*
*E-mail Address: Jason.bologna@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 29, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    <u>United States v. Ajith Bhaskaran</u>
              Criminal No. 20-306

Dear Clerk:

     Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on September 15, 2020.

                              Very truly yours,

                              WILLIAM M. McSWAIN
                              United States Attorney


                              /s Jason P. Bologna
                              JASON P. BOLOGNA
                              Assistant United States Attorney